1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRANCH BANKING AND TRUST CO.,　　　　)
　　　　　　　　　　　　　　　　　　　)　　Case No. 2:12-cv-01736-LRH-CWH
　　　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　**ORDER**
vs.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
PEBBLE CREEK PLAZA PAD, LLC, *et al.*,　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.　　　　　　)
_____)

On March 31, 2015, the Court directed Plaintiff to submit the complete schedule of assets

directly to this Court's chambers for in camera review, so it can determine whether the loan at issue

was actually assigned to Plaintiff in 2009.  See Doc. # 86.  The Court also directed Plaintiff to submit

any other related documents that would assist in this Court's determination.  Id.  On April 10, 2015,

Plaintiff submitted its response to this Court's order, claiming it refrained from submitting the

complete schedule of assets because that document is over two hundred pages long.

Following a review of Plaintiff's submission, the Court finds that the sole redacted page

purportedly from the schedule of assets is sorely inadequate for this Court's purposes, rendering this

Court unable to determine whether the subject loan was actually assigned to Plaintiff in 2009.  The

Court will provide Plaintiff another opportunity to follow this Court's instructions and submit what

was previously ordered by this Court.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff shall submit the complete and

unredacted schedule of assets directly to this Court's chambers for in camera review **no later than**

**April 15, 2015**.  Plaintiff shall submit other related documents, including a report summarizing the

1     information presented, to assist the Court in identifying whether the subject loan was assigned.

2     Plaintiff shall submit this information in a binder, complete with tabs and a table of contents.

3          **IT IS FURTHER ORDERED** that following review of this information, the Court will issue

4     a written ruling in due course.

5          DATED: April 10, 2015

6     _____

7     **C.W. Hoffman, Jr.**
**United States Magistrate Judge**

2