**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>PEBBLE CREEK PLAZA PAD, LLC, a Nevada limited liability company, YOEL INY; NOAM SCHWARTZ; YOEL INY, Trustee of the Y&T INY FAMILY TRUST dated June 8, 1994; NOAM SCHWARTZ, Trustee of the NOAM SCHWARTZ TRUST dated August 19, 1999; D.M.S.I., L.L.C., a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 2:12-cv-01736-LRH-CWH<br><br>**ORDER REGARDING STIPULATION TO EXTEND DEADLINE TO FILE OPENING BRIEF REGARDING FAIR MARKET VALUE AND THE AMOUNT OF THE INDEBEDTNESS**<br><br>**(THIRD REQUEST)** |

Plaintiff Branch Banking and Trust Company ("BB&T") and Defendants PEBBLE CREEK PLAZA PAD, LLC; YOEL INY; NOAM SCHWARTZ; YOEL INY, Trustee of the Y&T Iny Family Trust dated June 8, 1994, as amended; NOAM SCHWARTZ, Trustee of the Noam Schwartz Trust, dated August 19, 1999; and D.M.S.I., LLC (collectively "Defendants"), by

and through their undersigned counsel of record, hereby stipulate to extend the deadline to file their opening briefs regarding fair market value and the amount of the indebtedness, as follows:

1. The deadline to file opening briefs concerning the fair market value of the property and the amount of the indebtedness at the time of the foreclosure ("Opening Briefs) is September 4, 2015.  *See* Doc. 96.

2. The deadline to file responses to the Opening Briefs is September 25, 2015.  *Id.*

3. The parties hereby stipulate and agree to extend the deadline to file the Opening Briefs to **September 18, 2015.**  This stipulation was agreed to in good faith by the parties in order to accommodate the schedule of Defendants and counsel, and allow sufficient time to prepare the briefs given current scheduling conflicts.

4. The parties further stipulate and agree to extend the deadline to file responses to the Opening Briefs to **October 9, 2015**.

5. This request will not prejudice any party and is made without the purpose of delay.  Furthermore, the parties make this stipulation in good faith and there is good cause for the Court to approve this stipulation.

DATED September 3, 2015                                    DATED September 3, 2015

  */s/ Brian G. Anderson*                                       */s/ E. Daniel Kidd*
Jeremy J. Nork, Esq.                                           Bart K. Larsen, Esq.
Nicole E. Lovelock, Esq.                                     E. Daniel Kidd, Esq.
Brian G. Anderson, Esq.                                    KOLESAR & LEATHAM
HOLLAND & HART LLP                                    400 S. Rampart Blvd., Suite 400
9555 Hillwood Drive, 2nd Floor                       Las Vegas, Nevada 89145
Las Vegas, Nevada 89134

*Attorneys for Plaintiff*                                       *Attorneys for Defendants*

**ORDER**

IT IS HEREBY ORDERED that the parties' Opening Briefs are due by **September 18, 2015.**

IT IS HEREBY ORDERED that the parties' responses to the Opening Briefs are due by **October 9, 2015**.

**IT IS SO ORDERED:**

DATED this 8th day of September, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE