AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**\*\*\*\***   DISTRICT OF   NEVADA

BRANCH BANKING AND
TRUST COMPANY,

     Plaintiff,

v.

PEBBLE CREEK PLAZA
PAD LLC, et al.,

     Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  2:12-cv-01736-LRH-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for attorney's fees and costs (ECF No. 112) is granted.

    **IT IS FURTHER ORDERED** that an award of attorney's fees is entered in favor of Plaintiff Branch Banking and Trust Company and against defendants Pebble Creek Plaza Pad LLC; Yoel Iny individually and as trustee of the Y&T Iny Family Trust dated June 8, 1994; Noam Schwartz individually and as trustee of the Noam Schwartz Trust dated August 19, 1999; and DMSI LLC in the amount of $160,489.32. An award of non-taxable costs is also entered in favor of Plaintiff and against Defendants in the amount of $9,896.95.

February 8, 2017

**DEBRA K. KEMPI**
Clerk

/s/ K. Rusin
Deputy Clerk